**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                        CASE NO: 3:05cr99-003
                                                                      3:05cr101-003

PETER THAI HOANG,
    Defendant.
_____/

**ORDER REDUCING SENTENCE**

      In each case, defendant's sentence of confinement is hereby reduced from 236 months to 177 months. In all other respects, the original sentence imposed in the Judgment and Commitment Orders filed 27 December 2005 shall remain unchanged.

      **ORDERED** this 29th day of June 2009.

                                                        *s/L.A. Collier*
                                               LACEY A. COLLIER
                                     Senior United States District Judge